**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| LAMAR ADVANTAGE GP COMPANY, LLC, | : | No. 409 WAL 2019 |
| | : | |
| Respondents | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| CITY OF PITTSBURGH ZONING BOARD | : | |
| OF ADJUSTMENT AND CITY OF | : | |
| PITTSBURGH, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

> Whether the holding of the panel in this matter that a static vinyl advertising sign could replace an electronic advertising sign was inconsistent with the holding in *Lamar Advertising Co. v. Zoning Hearing Bd. of the Municipality of Monroeville*, 939 A.2d 994 (Pa.Commw. Ct. 2007) that static vinyl advertising signs and electronic advertising signs are so different that one cannot simply replace the other without application for and issuance of a new zoning and building permit?